ALEXEI SCHACHT
ATTORNEY AT LAW
123 WEST 94TH STREET
NEW YORK, NEW YORK 10025

TEL 646-729-8180
FAX 212-504-8341

ALEXEI@SCHACHTLAW.NET
WWW.SCHACHTLAW.NET

January 15 2014

BY ECF

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. William Ortiz-Malpica
     S9 05Cr. 698 (GBD)

Dear Judge Daniels:

I represent the defendant in the above-referenced case. I write after consultation with the Government to advise the Court that the parties wish to schedule a sentence date in May or June of 2014. We also jointly request that the Court order that an updated Presentence Report be prepared.

Thank you very much for your consideration.

Respectfully submitted,

Alexei Schacht